USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-10-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

United States of America,

                                                  **ORDER**

                                                  18-CR-420 (ALC)

            -against-

Jason Davenport,

                      Defendant(s)
--------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    A Change of Plea Hearing is scheduled for **March 11, 2020** at **11:00 a.m.**

    **SO ORDERED.**

Dated: New York, New York
       March 10, 2020

                                          _____
                                        ANDREW L. CARTER, JR.
                                        UNITED STATES DISTRICT JUDGE