```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 4, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
   UNITED STATES OF AMERICA    :
                                                      :
                                                      :
         -against-                  :        18-CR-420 (ALC)
                                                      :
                                                      :        **ORDER**
   JASON DAVENPORT,              :
                                                      :
                             **Defendants.**  :
                                                      :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Telephone Bail Hearing set for **May 5, 2020** at **11:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: April 30, 2020**
      **New York, New York**

                                                     _/s/ Andrew L. Carter, Jr._
                                                     _____
                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**