

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/14/20
```

July 8, 2020

**VIA ECF and E-MAIL**

Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re: **United States v. Jason Davenport, et. al.**
18 CR 420 (ALC)

Dear Judge Carter,

    As the Court is aware, I represent defendant Jason Davenport in the above referenced matter. Mr. Davenport is scheduled to be sentenced by Your Honor on Monday July 20, 2020 at 10:00 a.m. I write in advance, to request that this sentencing take place via video conference or phone conference if a video conference is not possible. This request is made in light of the concerns surrounding COVID-19 and because a further adjournment would cause serious harm to the interest of justice.

    Mr. Davenport consents to proceeding by video conference, or phone conference in this matter. The Government takes no position as to this request. If the Court requires any more information, please do not hesitate to reach out to me or my office. Thank you.

Respectfully submitted,

Andrew M. J. Bernstein, Esq.
*Partner*
abernstein@srf.law

The application is granted.
So Ordered.

*[signed]* Andrew L. Carter
7/14/20