UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America,

           -v-

Jason Davenport,

        Defendant(s)
-----------------------------------------------------------X

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-16-20

**ORDER**
18-CR-420 (ALC)

**ANDREW L. CARTER, JR., United States District Judge:**

A CourtCall video sentencing is scheduled for **July 23, 2020** at **11:00 a.m.**

Members of the public and press may attend the conference by dialing the audio-only line, 1-855-268-7844, using Access Code 32091812# and Pin 9921299#.

**SO ORDERED.**

Dated: New York, New York
      July 16, 2020

*[signature]*

**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**